# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### TERRE HAUTE DIVISION

| | |
|---|---|
| STAPLES THE OFFICE SUPERSTORE EAST, INC. | ) ) ) |
| Plaintiff, | ) ) CASE NO.:  2:17-cv-206 |
| v. | ) ) ) |
| ZURICH AMERICAN INSURANCE COMPANY and JAMES B. BOGARD | ) ) ) |
| Defendants. | ) ) ) |

## NOTICE OF REMOVAL

TO THE HONORABLE JUDGES AND CLERK OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF INDIANA.

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1332, 1367, 1441, 1446, and 2201, removing party ZURICH AMERICAN INSURANCE COMPANY ("Zurich"), by counsel, hereby files this Notice of Removal to remove the above-entitled action to this Court based upon the following supporting grounds.  These defendants, appearing solely for the purpose of this removal, and for no other purpose, and preserving all other defenses available, states as follows:

### VENUE

1. Removal to the Southern District of Indiana, Terre Haute Division, is appropriate pursuant to 28 U.S.C. § 1441(a) because the Southern District of Indiana, Terre Haute Division, embraces the County of Vigo, where the action was pending prior to the filing of this Notice of Removal.

{0008700/0594/01102788 v1}

## REMOVAL IS TIMELY

2. On April 11, 2017 removing party Zurich was served by certified mail with a Summons and Complaint for Damages in the above-entitled action at its principal place of business, located in Schaumburg, IL.

3. Pursuant to 28 U.S.C. § 1446(b)(1), this removal is timely because it is being filed within thirty (30) days after receipt by this defendant, through service or otherwise, of a pleading from which it may first be ascertained that the case is one which is or has become removable.

## STATE COURT PROCEEDINGS

4. The above-entitled action was commenced by Plaintiff against Zurich and James B. Bogard in the Vigo County Circuit Court of the State of Indiana, Cause No. 84D03-1703-PL-002478 on March 31, 2017.

5. On April 20, 2017, Zurich filed an Attorney Appearance and Motion for Enlargement of Time to answer or otherwise respond to the Plaintiff's Complaint for Declaratory Judgment.

6. On April 24, 2017, the Vigo County Circuit Court granted Defendant's Motion for Enlargement of Time, granting them to and including May 30, 2017 to answer or otherwise respond to Plaintiff's Complaint for Declaratory Judgment.

7. No further proceedings have been had in the Vigo County Circuit Court.

## DIVERSITY JURISDICTION EXISTS

8. This is a civil action that falls within the Court's original jurisdiction under 28 U.S.C. § 1332 and is one that may be removed to this Court based on diversity of citizenship under 28 U.S.C. §§ 1441 and 1446.

    a. Plaintiff Staples The Office Superstore East, Inc. is a Delaware corporation with its principal place of business in the State of Massachusetts.

      b. Defendant Zurich American Insurance Company is a New York corporation with its principal place of business in the State of Illinois.

      c. Defendant James B. Bogard is a citizen of the State of Indiana.

9. There is complete diversity of citizenship between the parties named in this case.

10. Plaintiff's Complaint for Declaratory Judgment does not demand a specific sum of monetary damages. The State of Indiana does not permit a demand for a specific sum or permit recovery of damages in excess of the amount demanded. Therefore, this Notice of Removal states that the monetary value of the amount in controversy exceeds $75,000, exclusive of interest and costs, for Plaintiff, because Staples seeks insurance coverage under a policy of insurance issued by Staples for claims asserted by Defendant James B. Bogard in an underlying personal injury action against Plaintiff Staples. Defendant Bogard's claim for personal injuries exceeds $75,000.

11. Therefore, this state court action is properly removed to this Court in accordance with 28 U.S.C. §§ 1367, 1441 and 1446 because; (1) this action is a civil action pending within the jurisdiction of the United States District Court for the Southern District of Indiana, Terre Haute Division; (2) Plaintiff and Defendants are citizens of different states; and (3) the amount in controversy exceeds $75,000 exclusive of interest and costs.

## **FEDERAL QUESTION JURISDICTION**

12. This state court action is also properly removed and the Court has jurisdiction for this action pursuant to 28 U.S.C. § 2201(1).

13. The instant action is a declaratory judgment action in which Staples seeks to have adjudicated the rights and obligations of Zurich in connection with a policy of insurance, for which this Court has original jurisdiction pursuant to 28 U.S.C. § 2201(1).

## **STATUTORY REQUIREMENTS**

14. Pursuant to 28 U.S.C. § 1446(a), a copy of the entire state court file is attached and includes all pleadings served or filed in this action as of the date of this Notice of Removal.

15. A copy of this Notice of Removal has been filed in the Vigo County Superior Court and Plaintiff has been served with both this Notice of Removal and the Notice of Filing Notice of Removal.

WHEREFORE, removing party ZURICH AMERICAN INSURANCE COMPANY, by counsel, respectfully request that the above-entitled action be removed from the Vigo County Superior Court to the United States District Court for the Southern District of Indiana, Terre Haute Division.

**LEWIS WAGNER, LLP**

By:   /s/ JOHN C. TRIMBLE
JOHN C. TRIMBLE, #1791-49
MEGHAN E. RUESCH, #32473-49
*Counsel for Defendant Zurich American Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2017, a copy of the foregoing was served on the following parties electronically by using the Court's IEFS System and U.S. Postal Service, pre-paid delivery for those parties not yet registered.

Randall W. Graff
KOPKA PINKUS DOLIN PC
550 Congressional Blvd.
Suite 310
Carmel, IN  46032
*Attorney for Plaintiff*

James B. Bogard
7167 S. Saginaw Pl.
Terre Haute, IN 47802
*Defendant*

/s/ JOHN C. TRIMBLE
JOHN C. TRIMBLE

LEWIS WAGNER, LLP
Suite 200
501 Indiana Avenue
Indianapolis, IN 46202
Telephone:   317-237-0500
Facsimile:    317-630-2790
jtrimble@lewiswagner.com
mruesch@lewiswagner.com