83906/135

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

| | |
|---|---|
| STAPLES THE OFFICE SUPERSTORE EAST, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Cause No. 2:17-cv-206-WTL-MPB |
| ZURICH AMERICAN INSURANCE COMPANY and JAMES B. BOGARD, | ) ) ) ) |
| Defendants. | ) |

**ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

This cause came before the court upon Plaintiff's Notice of Voluntary Dismissal Without Prejudice, and the court having considered said stipulation and being duly advised in the premises, same is now GRANTED.

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** that this cause be and hereby is, dismissed without prejudice. Each party shall bear its own costs, including attorneys' fees.

**SO ORDERED**.

Date: 6/28/2017

_____
Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record